ORDER:
A hearing on this motion is set for August 1, 2012, at 1:30 p.m.

*s/ John S. Bryant*
U.S. Magistrate Judge

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CASE NO. 3:11-CR-00204** |
| | ) | **JUDGE TRAUGER** |
| | ) | |
| **WILLIAM BLAKE BYRD** | ) | |

**MOTION FOR PRETRIAL RELEASE**

Comes now the defendant, William Blake Byrd, by and through counsel, John P. Webb, and pursuant to 18 U.S.C. § 3142 moves this Honorable Court for pretrial release. As grounds for this Motion, the defendant would show as follows:

1. On December 15, 2011, the defendant appeared before the Court for an initial appearance. The Government filed a motion for detention. At that time, the defendant waived his right to a detention hearing, while reserving his right to seek release in the future.

2. Title 18, United States Code, Section 3142(b) provides for pretrial release on personal recognizance or on an unsecured bond. It states that:
   The judicial officer shall order the pre-trial release of the person on his personal recognizance, or upon execution of an unsecured appearance bond in an amount specified by the court, subject to the condition that a person not commit a Federal, State or local crime during the period of release…unless the judicial officer determines that such release will not reasonably assure the appearance of the person as required or will endanger the safety of any other person or the community.

3. If released from custody, the defendant would reside at the home of his mother,

1