IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:11-00204 |
| | ) | Judge Trauger |
| | ) | |
| [2] WILLIAM BLAKE BYRD | ) | |

## **O R D E R**

It is hereby **ORDERED** that a change of plea hearing is scheduled for Monday, August 27, 2012, at 11:00 a.m.

It is so **ORDERED.**

Enter this 24th day of August 2012.

_____
ALETA A. TRAUGER
United States District Judge