IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

UNITED STATES OF AMERICA, )
)
) Case No. 3:11-00204-1
v. ) Aleta A. Trauger
) U.S. District Court Judge
)
MANILA VICHITVONGSA )
a/k/a MANEE VICHITVONGSA. )

> Motion GRANTED. Hearing reset for 10/11/13 at 1:30 p.m.

MOTION TO CONTINUE

Comes Now the Defendant, through his attorney, Luke A. Evans and moves this Honorable Court for a continuance of his sentencing hearing currently scheduled for July 18, 2013. In support of this request, the Defendant states as follows:

1. At the time this case was tried Defendant was represented by the Office of the Federal Defender. Since the trial the Federal Defender was relieved and this Counsel was appointed. Due to the complex issues involved in Defendant's cases Counsel needs additional time to investigate and research issues related to Defendant's sentence in this case.

2. The Defendant is set for trial in different matter, namely *U.S. v. Manila Vichitvongsa*, et al. 3:12-00013, before Judge Campbell on November 12, 2013. In that case Mr. Vichitvongsa is charged in an eight count indictment, along with seven co-defendants, with multiple violations of 18 U.S.C. §§1951 and 2, 18 U.S.C. §§ 924(c) and 2 and 21 U.S.C. §§ 846 and 2. The alleged conduct that led to this