**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

==Motion GRANTED.==

**UNITED STATES OF AMERICA**          )
                                      )
                                      )
**VS.**                               )          **CASE NO.    3:11-CR-00204**
                                      )          **JUDGE TRAUGER**
                                      )
**WILLIAM BLAKE BYRD**                )

**MOTION FOR LEAVE TO FILE PLEADING UNDER SEAL**

      Comes now undersigned counsel and hereby respectfully moves this Honorable Court to

allow him to file the pleading contemporaneously filed under seal.


                              Respectfully submitted


                              /s/ John P. Webb_____
                              John P. Webb, # 024782
                              5543 Edmondson Pike, Unit 223
                              Nashville, Tennessee 37211
                              (615) 482-4116
                              jpwebblaw@gmail.com


**CERTIFICATE OF SERVICE**

      I hereby certify that on August 12, 2013, I electronically filed the foregoing Motion for
Leave To File Under Seal with the clerk of the court by using the CM/ECF system, which will
send a Notice of Electronic Filing to the following: Phillip H. Wehby, Assistant United States
Attorney, 110 Ninth Avenue South, Suite A-961, Nashville, Tennessee 37203.


                              /s/John P. Webb
                              John P. Webb