**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

UNITED STATES OF AMERICA      )
         )
         )
v.         )      Criminal No. 3:11-00204
         )      Judge Trauger
         )
[2] WILLIAM BLAKE BYRD      )

## O R D E R

It is hereby **ORDERED** that the sentencing scheduled for December 20, 2013 is **RESET**

for 1:30 p.m. on Thursday, December 19, 2013.

It is so **ORDERED.**

Enter this 28th day of October 2013.

 

_____
ALETA A. TRAUGER
United States District Judge